# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

*U.S. District Court Wisconsin Eastern MAR - 7 2022 FILED Clerk of Court*

(Full name of plaintiff(s))

Ambrose McDaniel
Inmate I.D.# - 2022000561

v.

(Full name of defendant(s))

Judge, David L. Borowski and The State of Wisconsin

Case Number:

**22-C-0285**

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)
   __949 n. 9th Street__
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __David L. Borowski__
   (Name)
   is (if a person or private corporation) a citizen of __Wisconsin__
   (State, if known)

Complaint 1.1

2.2. Second defendant <u>The State of Wisconsin</u> is (if a person or private cooperation) a citizen of <u>Wisconsin</u>

and (if a person) resides at 901 n. 9th St. Branch 12 Milwaukee, Wis, 53253
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)
worked for The State of Wisconsin, 901 n. 9th Street
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. David L. Borowski
2. He violated my 8th amendment right by imposing cruel and unusual punishment by issuing excessive bail basing it on past complaints, not convictions, also shows clears biasness, he keeps calling the alleged victim a "victim" which is leading, which violates my 5th and 14th amendment rights to my due process
3.
4. It happened in room 404 on 2-9-2022 and 2-25-2022
5. I don't know but there seems to be an personal issue against the plantiff in this law suit.

Complaint – 2

## Complaint #3

Since the start of this case he has shown nothing but disgust when reading the Criminal Complaint it makes me believe if I have a bench trial he would automatically give me a guilty verdict without a doubt, which scares me and takes away one of my options to attack my alledged pending charges. He has did nothing but cater to the D.A. and the alledge victim. What happened to innocent until proven guilty or guilty without a reasonable doubt? Does those things not exist in the court system anymore?! I ask that all courtdates/hearings videos/recording be viewed and examined. My bail is $25,000 I have no job, car, banking or savings accounts, no property, I recieve ebt/snap for food, no out of town ties, I get free health care from the state, I have custody of my son he will not even give me temperary pardon to change custody to someone responsible this is sort of similar to torture and very cruel I'm not a felon nor do I have a violent criminal past, I am

more than qualified for a bail reduction. He seems disturbed by the case from his gestures and consistent sighs of displeasure. I have a lot on the line here. Milwaukee has had a tremendous boost in convictions and if you look at David Borowski's track record he's one of the front runners. The state of Wisconsin should pay more attention to their legal system.

C.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $150,000.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I'm suing for $150,000, for a just and unbias trial, my life is at stake. This Judge has built a bad reputation for himself in a short amount of time I believe he should be evaluated, also I don't doubt his skills or knowledge. I doubt his ability to remain neutral. I believe he's starting to Judge from his heart and not by the book. When It comes to Court the plantiff and defendant are the "black and white area", the judge should be the "gray area". I respect his morale, but he should be neutral. I believe these stressful times are getting to him.

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __27__ day of __February__ 20_22_.

Respectfully Submitted,

*Ambrose McDaniel*
Signature of Plaintiff

__2022000561__
Plaintiff's Prisoner ID Number

__949 n. 9th St.__
__Pod 4B Cell 27__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.